**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW CATE, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, <br><br> Respondent, <br><br> MICHAEL ANGELO MORALES and ALBERT GREENWOOD BROWN, <br><br> Real Parties in Interest. | No. 10-72977 <br><br><br> ORDER |

Before:    KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

The State's Motion for Voluntary Dismissal of Petition for Writ of

Mandamus is granted.